UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| NATALIE R. THURSTON O/B/O KDJR | CASE NO. 3:19-CV-1452 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| ANDREW SAUL, COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 10] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant complaint is hereby **DISMISSED,** with prejudice.

MONROE, Louisiana, this 8th day of June, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE